ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| RUTH E RODRIGUEZ BORGES<br>DEMANDANTE<br><br>VS<br><br>MANUEL A DOMENECH RODRIGUEZ<br>DEMANDADO | CIVIL NÚM. K DI 2000-2183<br><br>SOBRE:<br>DIVORCIO (T.C.)<br><br>SALA: 701 |

## SENTENCIA

Al juicio en su fondo señalado en el caso de epígrafe, compareció la demandante representada por el licenciado Luis A. Arrufat Pimentel. El demandado compareció representado por el licenciado José Brenes.

Previa juramentación de las partes y en conformidad al testimonio ofrecido, se procedió a la vista del caso, quedando sometido para dictamen.

Las partes contrajeron matrimonio el día 4 de mayo de 1984, en Río Piedras, Puerto Rico según consta inscrito en el certificado de matrimonio número 152-1984-01102-009616-001200 unido al expediente.

A base de un análisis de dicha prueba y de conformidad con las disposiciones de los Artículos 96 y 97 del Código Civil de Puerto Rico, 1930, (31 L.P.R.A., Secciones 321 y 331), el Tribunal declara **HA LUGAR** la demanda de divorcio presentada y en su consecuencia decreta roto y disuelto el vínculo matrimonial existente entre las partes por la causal de **TRATO CRUEL.**

Durante el matrimonio las partes procrearon una (1) hija. La demandante tendrá la custodia y patria potestad de la menor. Se establece una pensión alimentaria provisional en $1,500.00 mensuales, se aumentará la pensión a $2,000.00 mensuales al venderse una de las propiedades.

Las relaciones paterno filiales serán en fines de semanas alternos, de viernes a las 6:00 de la tarde a domingo a las 6:00 de la tarde. **REGÍSTRESE Y NOTIFÍQUESE.**

En San Juan, Puerto Rico a 21 de diciembre del 2000.

AUREA TORRES HERNANDEZ
JUEZ SUPERIOR

CARMEN L. LÓPEZ CRUZ
CERTIFICO
SECRETARIA GENERAL
JOSEPHINE CRUZ
Secretaria Auxiliar
POR: _____ SECRETARIA AUXILIAR