CONTRATO DE OBLIGACIÓN DE LIQUIDACIÓN DE GANANCIALES

En San Juan, Puerto Rico, a 13 de junio de 2002.

COMPARECEN

---DE LA PRIMERA PARTE: RUTH ESTHER RODRÍGUEZ BORGES, seguro social número 9993, mayor de edad, soltera, ama de casa y vecina de San Juan, Puerto Rico, a quien conozco personalmente.----------

---DE LA SEGUNDA PARTE: MANUEL A. DOMENECH RODRÍGUEZ, seguro social número 3000, mayor de edad, soltero, propietario y vecino de San Juan, Puerto Rico, a quien conozco personalmente.----------



Teniendo la capacidad legal necesaria para el presente otorgamiento, por lo que, libre y voluntariamente:----------

----------EXPONEN----------

PRIMERO: Que los comparecientes son dueños en común pro-indiviso de las siguientes propiedades inmuebles:----------

---(a) Apartamento ubicado en un Complejo de Palmas del Mar, Fairway Courts Condominium, Apartamento 878, inscrito al folio 275, tomo 488 de Humacao, finca 22,273.----------



---(b) Casa residencial en la Urbanización San Francisco, Barrio Monacillos de Río Piedras, Bloque G #16, inscrita al folio 81, tomo 484 de Monacillos, finca 16,757, Sección Tercera de San Juan.----------

---SEGUNDO: Que los comparecientes tienen deudas gananciales por concepto de cuotas de mantenimiento del complejo Palmas del Mar, desconociéndose su balance en la actualidad; contribuciones sobre la propiedad residencial descrita en el inciso primero, cuota de mantenimiento del complejo Fairway Court, desconociéndose su balance y deuda por concepto de servicios de agua del inmueble descrito en el inciso primero.----------

---TERCERO: Las partes obtuvieron sentencia de divorcio, el 21 de diciembre de 2000, bajo el caso civil KDI 2000-2183, ante el Tribunal Superior - Sala de San Juan, siendo la misma final y firme al presente.----------

---CUARTO: Los comparecientes mediante el presente documento han acordado liquidar la sociedad de gananciales y así obligarse a comparecer en escritura

pública en o antes de 15 días desde la firma del presente documento.---

---QUINTO: La compareciente de la primera parte se adjudicará la propiedad residencial descrita en el inciso primero (b), libre de cargas y gravámenes, con excepción de la obligación que en el presente documento se identificará.---

---SEXTO: El compareciente de la segunda parte se adjudicará la propiedad descrita en el inciso primero (a) libre de gravámenes.---

---SÉPTIMO: El compareciente de la segunda parte asumirá todos los gravámenes descrito en el inciso segundo del presente documento.---

---OCTAVO: Las partes poseen una línea de crédito en el Banco Popular de P.R., bajo la cuenta número           -604 con balance en o alrededor de $100,000.00; el compareciente de la segunda parte se obliga a asumir dicho balance en su totalidad y así relevar de toda responsabilidad sobre el mismo a la compareciente de la primera parte.---

---NOVENO: La compareciente de la primera parte al otorgar la correspondiente escritura de liquidación y adjudicación de la sociedad legal de gananciales se obliga a gravar la propiedad, adjudicada a ésta por la suma de $205,000.00 sin intereses y con vencimiento a 24 meses a favor del Sr. Manuel Domenech, esto como diferencia en valores sobre los bienes aquí descritos.---

---DÉCIMO: El compareciente de la segunda parte, se obliga y se compromete a satisfacer los gastos y honorarios de abogado de la escritura de liquidación y adjudicación entre las partes.---

---------------------------ACEPTACION----------------------------

---Las partes comparecientes aceptan el presente contrato en todas sus partes por estar conformes de todo en cuanto a su contenido.---

_____  _____
RUTH ESTHER RODRIGUEZ BORGES   MANUEL A. DOMENECH RODRIGUEZ

Juramento Núm. 14,729

Reconocido y suscrito ante mí por Ruth Esther Rodríguez Borges y Manuel A. Domenech Rodríguez de las circunstancias antes expresadas.
En San Juan, Puerto Rico, a 12 de junio de 2002.

_____
NOTARIO PÚBLICO

----------NÚMERO TRESCIENTOS TRES----------

----------LIQUIDACIÓN DE GANANCIALES, ADJUDICACIÓN Y----------

----------MODIFICACIÓN DE HIPOTECA----------

---En la Ciudad de San Juan, Puerto Rico, a veinticinco (25) de noviembre de dos mil dos (2002).----------

----------ANTE MI----------

---LUIS A. ARRUFAT PIMENTEL, Abogado y Notario Público del Estado Libre Asociado de Puerto Rico, con estudio abierto en San Juan y residencia en Guaynabo, Puerto Rico.----------

----------COMPARECEN----------

---DE LA PRIMERA PARTE: DON MANUEL ANTONIO DOMENECH RODRÍGUEZ, seguro social número -3000, mayor de edad, soltero, propietario y vecino de Carolina, Puerto Rico, a quien conozco personalmente.----------

---DE LA SEGUNDA PARTE: DOÑA RUTH ESTHER RODRÍGUEZ BORGES, seguro social número -9993, mayor de edad, soltera, empleada y vecina de San Juan, Puerto Rico, a quien conozco personalmente.----------

----------DOY FE----------

---Del conocimiento personal de los comparecientes, así como por sus dichos, de su edad, estado civil, profesión y vecindad. Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en tal virtud libremente.----------

----------EXPONEN----------

---PRIMERO: Que los comparecientes en el caso civil número (KDI-2000-2183), del Tribunal de Primera Instancia Sala Superior de San Juan, obtuvieron sentencia de divorcio, la cual es final y firme y se hace formar parte de la presente escritura.---

---SEGUNDO: Que los comparecientes son dueños en común




1

pro-indiviso, de las siguientes propiedades:------

---(A) URBANA: Solar radicado en el Reparto San Francisco del Barrio Monacillos de Río Piedras que se marca con el número dieciséis (16) en el Bloque "G" del plano de inscripción, con una cabida superficial de mil quinientos cuarenta y seis punto ochenta y dos metros cuadrados (1,546.82 m/c), colindante por el ESTE, su frente en una distancia de treinta y ocho punto setenta y tres metros con la calle "B", por el OESTE, su fondo, en una distancia de cuarenta y siete metros con los solares número dos y tres del bloque "G", del plano de inscripción propiedad de Sein Realty Company Incorporado; por el NORTE, su derecha entrando, en una distancia de cuarenta y siete punto ochenta y cinco metros, con el solar número quince del bloque "G" del plano de inscripción, propiedad de Sein Realty Company Incorporado y por el OESTE, su izquierda entrando en una distancia de veintinueve punto catorce metros, con el solar número uno del bloque "G" del plano de inscripción propiedad de Sein Realty Corp., Inc.------

---Inscrita al folio setenta y ocho (78) del tomo cuatrocientos ochenta y cuatro (484) de Monacillos, Registro de la Propiedad de San Juan, Sección Tercera, finca diecisiete mil setecientos cincuenta y siete (17,757).------

---Dicha propiedad se encuentra afecta a hipoteca a favor de H.F. Inc., o a su orden, por la suma de ciento veinticinco mil dólares ($125,000.00) al nueve y medio por ciento (9½) de interés anual con vencimiento al primero de diciembre de dos mil cuatro (2004), según surge de la escritura seiscientos cincuenta y uno (651), otorgada el dieciocho de noviembre de mil novecientos setenta y cuatro (1974) ante el Notario Público Miguel García Suárez. Inscrita al folio 83 vto., del tomo 484 de Monacillos.----

---Se encuentra afecta a hipoteca por la suma de ciento veinticinco mil dólares ($125,000.00) a favor del Portador, o a su orden, al ocho por ciento (8%) de interes anual, con vencimiento a su presentación, según surge de la escritura número treinta (30), otorgada en San Juan, Puerto Rico, el treinta (30) de octubre de mil novecientos setenta y ocho (1978), ante el Notario Público Angel M. Castillo. Inscrita al folio 1vto., del tomo 716 de Monacillos.------




2

---Ambas hipotecas tienen un balance de principal por la suma de doscientos cinco mil dólares ($205,000.00).---

---Se valora esta propiedad en la suma de setecientos sesenta mil dólares ($760,000.00), restado el balance de las hipotecas, su valor neto asciende a la suma de quinientos cincuenta y cinco mil dólares ($555,000.00).---

---B: URBAN: Horizontal Property: Fairway Courts Condominium: Apartment 878: Rectangular shaped three bedroom unit in the Fairway Courts Condominium Regimen, located at Candelero Abajo Ward of the Municipality of Humacao, with a total construction area of three thousand twenty seven point forty nine square feet, equivalent to two hundred eighty one point twenty four square meters, distributed in one thousand eight hundred fifty five point fifty two square feet, equivalent to one hundred seventy two point thirty seven square meters of enclosed area and one thousand one hundred seventy one point ninety one square feet, equivalent to one hundred eight point eighty seven square meters of terraces. The main entrance is located of the South side of the apartment leading directly to the exterior of the building. This apartment is located in Building three of the Regimen, occupies part of the second and third level of the building and has been assigned a share of one point five thousand two hundred forty six per cent in the Common Elements of the Regime. The maximum length of this unit is fifty feet six inches and the maximum width is thirty-six feet six inches. It's boundaries area: By the North, in a distance of thirty-six feet six inches with the common exterior areas, by the South, in the distance of thirty-six feet six inches with the common exterior areas; by the West, in a distance of forty four feet six inches with the common wall that separates it from apartment number 874 and the common exterior areas; by the East, in a distance of thirty nine feet eleven inches with the common wall that separated it from apartment eight hundred eighty two, on its first level this unit contains a foyer a living room a dining room, a kitchen, two bedrooms, each one with a closet, a bathroom, a hall, a laundry closet, three storage closet and a covered terrace. From the hall internal stairway leads to the upper level to a hall with a kitchenette, to a master bedroom with walking closet, to a bathroom, two covered terrace and to an open terrace with a Jacuzzi---

---Le corresponde derecho al uso de espacios de estacionamientos en cualquier espacio disponible dentro del área de estacionamiento. Le corresponde una participación en los elementos comunes de uno punto quinientos veinticuatro seis por ciento.---

---Se encuentra afecta la antes descrita propiedad a hipoteca por la suma de doscientos dos mil trescientos dólares ($202,300.00)



3

---A: Se adjudica el bien descrito en el inciso Primero "A" a la compareciente de la Segunda Parte, teniendo esta un valor neto en la suma de quinientos cincuenta y cinco mil dólares, asumiendo así el balance sobre las hipotecas que grava la misma, ascendente a doscientos cinco mil dólares ($205,000.00).----------

---B: Se adjudica el bien descrito en el inciso Primero "B" al compareciente de la Primera Parte, teniendo esta un valor neto en la suma de trescientos cincuenta mil dólares ($350,000.00). Asumiendo éste todas las deudas que pudieran existir al presente sobre cuotas de mantenimiento, servicio de energía eléctrica de dicha propiedad.----------

--DOS: El compareciente de la Primera Parte asume todo pago de contribuciones adeudadas sobre las propiedades aquí descritas hasta el día del otorgamiento de la presente escritura, así cada parte asumirá el pago de cualesquiera contribuciones sobre la propiedad adjudicada a cada uno a partir del otorgamiento de esta escritura.----------

---TRES: El compareciente de la Primera Parte en este acto ratifica que asume el balance de una cuenta personal con el Banco Popular de Puerto Rico, con la cuenta número 035-132-604, con balance aproximadamente de ciento diez mil dólares ($110,000.00).----------

---CUATRO: El compareciente de la Primera Parte asume todos los gastos y honorarios de abogado relacionados al otorgamiento de la presente escritura.----------

5

al ocho por ciento (8%) de interés anual, con vencimiento al primero (1º) de diciembre de dos mil siete (2007), según surge de la escritura novecientos dos (902), otorgada en San Juan, Puerto Rico, ante el Notario Público Frank Quiñones Vigo. Inscrita al folio 275 del tomo 488 de Humacao.----------------------------------

---Dicha hipoteca se encuentra satisfecha en su totalidad y pendiente de su cancelación ante el Registro de la Propiedad correspondiente.--------------------------------------------------------

---Se valora esta propiedad en la suma de trescientos cincuenta mil dólares ($350,000.00).----------------------------------------------

-----------------------------LIQUIDACIÓN--------------------------------

---TERCERO: Los comparecientes en este acto se adjudican su participación ascendente a un cincuenta por ciento (50%) cada uno, en cada una de las propiedades antes descritas.----------------

---CUARTO: Cada uno de los comparecientes se adjudica un cincuenta por ciento (50%) en la propiedad descrita en el acápite PRIMERO "A", en un valor neto para cada uno de por la suma de doscientos setenta y siete mil quinientos dólares ($277,500.00).

---QUINTO: Cada uno de los comparecientes se adjudica un cincuenta por ciento (50%) en la propiedad descrita en el acápite PRIMERO "B", en un valor neto para cada uno de por la suma de ciento setenta y cinco mil dólares ($175,000.00).-----------------------

-----------------------------ADJUDICACIÓN-------------------------------

---UNO: Que los comparecientes habiendo liquidado la Sociedad de Gananciales en el inciso anterior de la presente escritura, en este acto, se adjudican y así solicitan del Honorable Registrador de la Propiedad, en las Secciones correspondientes, las siguientes adjudicaciones:----------------------------------------------

4

---MODIFICACIÓN DE HIPOTECA---

---PRIMERA: La compareciente de la segunda parte en este acto, habiéndose adjudicado la propiedad inmueble descrita en el inciso Primero "A", y estando gravada la misma por dos hipotecas aquí descritas anteriormente, en este acto modifica el pagaré hipotecario en su principal, cada una en la suma de ciento dos mil quinientos dólares ($102,500.00) sin intereses y con vencimiento de veinticuatro (24) meses a partir del otorgamiento de la presente escritura.---

---Estos pagarés están siendo entregados en este acto al compareciente de la primera parte como balance de su participación en las adjudicaciones de los bienes inmuebles.---

---A los efectos aquí consignados quedan enmendados los pagarés hipotecarios como las hipotecas que los garantiza de los gravámenes que pesan sobre la propiedad descrita en el inciso Primero "A". Todas las demás condiciones de los pagarés y las hipotecas relacionadas quedan en todo vigor y efecto sin cambio de naturaleza alguna.---

---SEGUNDA: Las partes comparecientes entran en la inmediata posesión de los inmuebles que adquiere cada uno a título de dueño.---

---ACEPTACIÓN---

---Los comparecientes aceptan esta escritura en todas sus partes tal y cual ha quedado redactada por estar conforme a lo convenido y actuado.---

---ADVERTENCIAS Y OTORGAMIENTO---

---Los comparecientes aceptan la presente escritura en todas sus partes tal y cual ha quedado redactada por estar conforme a lo




6

convenido y actuado.----------------------------------------------------

---Así lo dicen y otorgan ante mí.-----------------------------------

-------------------------------LECTURA-----------------------------------

---Leída esta escritura por los otorgantes, se ratifican en su contenido y la firman, estampando sus iniciales en todos los folios de la misma, de todo lo cual, así como todo cuanto queda consignado en este instrumento público, Yo, el notario, DOY FE.-----------------------------------------------------------------

---Así lo dicen y otorgan ante mí, el Notario, luego de haber renunciado al derecho que les hice saber tenían para requerir la presencia de testigos instrumentales.-----------------------------

---Hechas por mí, el Notario, las advertencias legales pertinentes y leída esta escritura por los otorgantes, la firman conmigo habiendo puesto sus iniciales en todos y cada uno de los folios de este documento. De todo lo consignado en esta escritura, yo el NOTARIO, DOY FE.---------------------------------------------

7