ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

RODRIGUEZ BORGES, RUTH E
----------------------------------------
       DEMANDANTE                      CASO NUM: K DI2000-2183
           VS.                                         SALON: 0701
DOMENECH RODRIGUEZ, MANUEL A      DIVORCIOS
----------------------------------------
       DEMANDADO                        CAUSAL O DELITO

LIC. MELENDEZ ALBIZU LUIS A
URB SAN FRANCISCO
117 AVE DE DIEGO
SAN JUAN PR                 00927-6310

# N O T I F I C A C I O N

CERTIFICO QUE EN RELACION CON CASO DE EPIGRAFE -------------------- EL DIA 21 DE JUNIO DE 2005     EL TRIBUNAL DICTO LA RESOLUCION -------------- QUE SE ACOMPAÑA A CONTINUACION:




FDO.    AUREA TORRES HERNANDEZ
JUEZ

CERTIFICO ADEMAS QUE EN EL DIA DE HOY ENVIE POR CORREO COPIA DE ESTA NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

PADILLA RODRIGUEZ FRANCISCO A
528 AVE PONCE DE LEON STE 202    SAN JUAN PR
                                     00917

ARRUFAT PIMENTEL LUIS A
PO BOX 526                   RIO GRANDE PR
                                     00745

SAN JUAN      , PUERTO RICO, A 30 DE JUNIO DE 2005

                             LCDA. REBECCA RIVERA TORRES
                                          SECRETARIO

                 POR: MONTALVO RIVERA, TAMARA
                                       SECRETARIO AUXILIAR

O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES

| RUTH E RODRIGUEZ BORGES<br>DEMANDANTE<br><br>VS<br><br>MANUEL A. DOMENECH<br>RODRIGUEZ<br>DEMANDADO | CIVIL NÚM. K DI2000-2183<br><br>SOBRE:<br><br>DIVORCIO<br><br>SALA: 701 |
|---|---|

## RESOLUCION

A la vista en solicitud de determinación de hogar seguro, señalada para el día de hoy, ambas partes comparecieron representadas por abogados. Se desfiló prueba por ambas partes.

La señora Ruth E. Rodríguez Borges, radicó demanda de divorcio por la causal de trato cruel el 3 de octubre de 2000. Durante el matrimonio procrearon una niña que al presente tiene 11 años de edad. El 21 de diciembre de 2000, se dictó sentencia de divorcio por la causal alegada. En el matrimonio se adquirieron bienes y deudas de carácter ganancial.

De la prueba desfilada surge que la demandante junto a la menor residen en 1670, Calle Verbena, Urbanización San Francisco, San Juan, Puerto Rico. Posterior al divorcio las partes dispusieron sobre los bienes gananciales, donde a la demandante se le adjudicó la residencia de San Francisco y al demandado una propiedad en Palmas del Mar. Ambas partes otorgaron un pagaré donde el señor Manuel A. Dómenech Rodríguez se constituyó en acreedor hipotecario sobre la residencia de San Francisco, por la suma de $205,000.00. El pagaré venció el 1 de noviembre de 2004 y la señora Rodríguez Borges teme que el señor Dómenech Rodríguez exija el pago del mismo en cualquier momento. Se presentó en evidencia una correspondencia donde un abogado le notificó a la deudora del pagaré que el mismo estaba vencido y se le requería tener al día las contribuciones sobre la propiedad.

Estamos ante una situación donde la demandante es dueña de la propiedad, que se solicita se declare como hogar seguro, pero la misma está gravada a favor del demandado por $205,000.00, cantidad que al presente es líquida y exigible. La deudora no ha realizado pago alguno para amortizar la deuda y teme que pueda ser ejecutado el pagaré.

El señor Dómenech Rodríguez, tiene un interés propietario en la residencia de San Francisco, de $205,000.00, que a pesar que informó que al presente no tenía intención de cobrar, dejó abierta la posibilidad de cobro en el futuro.

La residencia de San Francisco es el lugar que la menor ha vivido la mayor parte de su vida, no tiene la posibilidad de ir a vivir a otro sitio. Ante el riesgo de que la propiedad de San Francisco, en controversia, pueda ser ejecutada en cualquier momento, se declara la misma como hogar seguro de la menor procreada en el matrimonio de los señores Ruth E. Rodríguez Borges y Manuel A. Dómenech Rodríguez.

**NOTIFÍQUESE.**

En San Juan, Puerto Rico a 21 de junio de 2005.

**AUREA TORRES HERNANDEZ**
**JUEZ DE PRIMERA INSTANCIA**